LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 12-8366 BRO (FMOx) | Date | September 9, 2013 |
|---|---|---|---|
| Title | Petra Ann Parker v. LA Care Health Plan | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER RE MOTION TO DISMISS SECOND AMENDED COMPLAINT AGAINST L.A. CARE HEALTH PLAN [Fed. R. Civ. P. Rule 12(B)(6) (filed 8/16/13) [31]**

The Court has not received Plaintiff's Opposition to defendant's Motion to Dismiss.   Plaintiff's opposition was due August 26, 2013.

Plaintiff is ORDERED to show cause why this case should not be dismissed and/or the Motion to Dismiss should not be granted.   Plaintiff must respond to this order no later than Friday, September 13, 2013.

**Failure to file a response risks dismissal of the entire action.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |